THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY WILLIAMS, ADC #094006**                                                            **PLAINTIFF**

**v.**                           **Case No. 4:18-cv-00180-KGB**

**BARRY ALLEN SIMS,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Henry Williams' official-capacity damages claims against all defendants and individual-capacity damages claims against Pulaski County Circuit Judge Barry Allen Sims and Arkansas Attorney General Leslie Rutledge are dismissed with prejudice. Mr. Williams' individual-capacity damages claims against Director of the Arkansas Department of Correction Wendy Kelley and Warden Toni Bradley are dismissed without prejudice. The Court dismisses without prejudice any other claims Mr. Williams brings against any other individuals in this case.

It is so adjudged this 19th day of March, 2020.

                                                                            _____
                                                                            Kristine G. Baker
                                                                            United States District Judge